IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL E. HYDE,

    Petitioner,                    No. CIV S-08-1365 FCD EFB P

    vs.

STEVE MOORE, Warden, et al.,

    Respondents.               ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested an extension of time to file a response to the June 17, 2008, petition. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondents' August 7, 2008, request is granted and respondents have 30 days from the date this order is served to file a response.

Dated: September 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE