IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL E. HYDE,

    Petitioner,                          No. CIV S-08-1365 FCD EFB P

    vs.

STEVE MOORE, Warden, et al.,

    Respondents.                      ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. The action proceeds on petitioner's June 17, 2008 petition. Respondent has answered and petitioner has filed a traverse. Thus, this matter is submitted for decision. On January 18, 2009 petitioner filed a paper styled, "Amended Petition."

    Petitioner has not complied with the rules for amending a pleading and the court will take no action on the amended petition.

    "A party may amend its pleading once as a matter of course before being served with a responsive pleading," after which, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a); *see also*, Rule 11, Rules Governing Section 2254 Proceedings. Here, respondent has filed and served an answer.

////

1

1  Accordingly, petitioner must either obtain leave of court or obtain written consent from
2  respondent to proceed on the January 18, 2009 amended petition.   Petitioner has done neither.
3  Furthermore, it is not apparent how the January 18, 2009 "amended petition" differs from the
4  June 17, 2008 petition.
5      Accordingly, it is ORDERED that the case will remain submitted on the June 17, 2008
6  petition and the court will take no action on the January 28, 2009 amended petition.
7  Dated:  June 11, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE