IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL E. HYDE,

        Petitioner,                     No. CIV S-08-1365 FCD EFB P

      vs.

STEVE MOORE, Warden, et al.,

        Respondents.             <u>ORDER</u>

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 16, 2009, petitioner filed a "motion for reconsideration" of this court's June 11, 2009 order. That order assumed that a petition submitted on January 28, 2009 was duplicative and stated that this case would remain submitted on the June 17, 2008 petition. Thus, the order stated that the court would take no action on the January 28, 2009 petition. It was not apparent to the court that the January 28, 2009 petition differed from the June 17, 2008 petition.

      In the instant motion, petitioner explains that the June 17, 2008 petition challenges a 2005 Board of Parole Hearings decision, while the January 28, 2009 petition challenges a 2007 Board of Parole Hearings decision. Thus, the January 28, 2009 petition should have been opened as a new and separate action. Therefore, the motion for reconsideration is granted.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.     The Clerk of the Court is directed to treat the petition filed January 28, 2009, as well as the accompanying application to proceed *in forma pauperis* as a separate action.

     2.     The Clerk of the Court is directed to use that petition and *in forma pauperis* application to open a new action,

     3.     The January 28, 2009 petition is clearly related to this action within the meaning of Local Rule 83-123 (a) and should be assigned to the same judges assigned to this action; and

     4.     The Clerk of the Court is directed to terminate docket number 18 in this action.

Dated: November 20, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE